No. 72–843.   POWERS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–940.   PACELLI *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 72–962.   PHELPS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–989.   ALEMAN *v.* SUGARMAN, COMMISSIONER, NEW YORK CITY DEPARTMENT OF SOCIAL SERVICES.   C. A. 2d Cir.   Certiorari denied.

No. 72–999.   HIATT *v.* STANADYNE, INC.   C. A. 6th Cir.   Certiorari denied.

No. 72–1006.   GRAHAM *v.* UNITED STATES.   Ct. Cl. Certiorari denied.

No. 72–1030.   HARVEY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 72–1033.   RUSS *v.* MIRA COMPANIA NAVIERA, S. A., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 72–1036.   BLOOM *v.* A. H. ROBINS CO., INC.   Ct. Civ. App. Tex., 10th Sup. Jud. Dist.   Certiorari denied.

No. 72–1043.   LOVE *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 72–1044.   JOHNSON BONDING CO., INC., ET AL. *v.* KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 72–1055.   GLASSER *v.* WILLARD ALEXANDER, INC. Ct. App. N. Y.   Certiorari denied.